JILL M. CARASSO *v.* STEPHEN S. CARASSO

The defendant's petition for certification for appeal from the Appellate Court, 80 Conn. App. 299 (AC 22965), is denied.

PALMER, J., did not participate in the consideration or decision of this petition.

*Campbell D. Barrett,* in support of the petition.

*Mark H. Swerdloff* and *Ileen P. Swerdloff,* in opposition.

Decided January 13, 2004

STATE OF CONNECTICUT *v.* ALFREDO VARGAS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 80 Conn. App. 454 (AC 23158), is denied.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in support of the petition.

*George G. Kouros,* special public defender, in opposition.

Decided January 13, 2004